AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00083 |
| Valerie Elaine Ehrke | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 1/16/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| **Date of Birth:** XXXXXXXXX | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 6, 2021   in the county of   _____   in the District of Columbia   defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 USC 1752(a)(2) | Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds |
| 40 USC 5104(e)(2)(D) | Engaging in Disorderly or Disruptive Conduct on Capitol Buildings or Grounds |
| 40 USC 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael B. Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of January 2021.

Date:   01/16/2021

2021.01.16 10:36:51 -05'00'
*Judge's signature*

City and state:   Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*